# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 21, 2025

*Before*
DORIS L. PRYOR, *Circuit Judge*

| No. 25-2023 | RONALD ALLGOOD,<br>     Plaintiff - Appellant<br><br>v.<br><br>ST. CROIX COUNTY, WISCONSIN, et al.,<br>     Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:23-cv-00885<br>Western District of Wisconsin<br>District Judge William M. Conley ||

  Upon consideration of the **MOTION FOR RELIEF FROM FRAP AND 7ᵀᴴ CIRCUIT RULES ON PAPER FILINGS**, filed on November 18, 2025, by counsel for the appellant,

  **IT IS ORDERED** that the motion is **DENIED**. Counsel is reminded that he must provide only ten copies of his brief and attached short appendix, Cir. R. 31(b), and that the paper copies must be single-sided, have a blue cover, and be identical to the electronic version of the brief filed on October 6, 2025.

  **IT IS FURTHER ORDERED** that the deadline to file the paper copies is extended to December 12, 2025. Counsel may call the clerk's office for more information.

form name: **c7_Order_3J** (form ID: **177**)